*Complaint Was Sent* (handwritten over header)

Mr. Mood.J. Woodrow. Tanksley
_Name and Prisoner/Booking Number_

Im Not Confine At All.
_Place of Confinement_

2992 Altos Avenue. Apt #2
_Mailing Address_

Sackramento, California.
_City, State, Zip Code_
95815

**FILED**

DEC 03 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Mood.J. Woodrow.Tanksley
(Full Name of Plaintiff)          Plaintiff,

v.

the Sackramento. Court Police
Dept. Et. Al. police Cheif. J. Honis
(Full Name of Defendant)

(2) Mr.J. Hunok, Honis (Cheif)

(3) Officers; John. Does, ect.

(4) Officers; Jane. Does, ect.
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.  2:21 - CV 2225 - KJM  AC
_____
(To be supplied by the Clerk)

the plaintiff Due Request
A Jury Trail In this complant

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
   ☒ Other: Sackramento County police Depart.

2. Institution/city where violation occurred: In (DPH.) Sackrament

Ef.

## B. DEFENDANTS

1. Name of first Defendant: *THE CHEIFF MR. J. HONS* . The first Defendant is employed as:
*THE SACRAMENTO. CHEIFF OF POLICE* at *SPD. 3530 Marysville Blvd.*
(Position and Title)                                                        (Institution)

2. Name of second Defendant: *MR. JOHN. Does* . The second Defendant is employed as:
*POLICE OFFICERS, SPD. 3530 Marysville Bd* at *3530 Marysville Sacramento,*
(Position and Title)                                                        (Institution)

3. Name of third Defendant: *MS. JANE. Does* . The third Defendant is employed as:
*POLICE OFFICERS. SPD. 3530 Marysville* at *Blvd. SACRAMENTO. CALIF. 95B*
(Position and Title)                                                        (Institution)

4. Name of fourth Defendant: *JOHN. JANE. Does* . The fourth Defendant is employed as:
*Department of Justice Dpt.* at _____
(Position and Title)                                                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? *unk* Describe the previous lawsuits: *Medical Issue Ect.*

   a. First prior lawsuit:
      1. Parties: *Mr. CHRIST. BAKER.* v. *Plaintiff. Moody. W. Tanksley*
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         *Still Pending Results Eastern District Court.*

   b. Second prior lawsuit:
      1. Parties: *Moody. W. Tanksley* v. *Sacramento Police Depart*
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         *Now Pending Results.*

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated *Is PD) DPH. Sackamento police*
*due violate state Laws due to Corruption CHARGStAte police Dept.*
*officers did Not follow the Laws of the State IN out for California Bill. Et.*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☒ Threat to safety   ☒ Other: *me the plaintiff.*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*N November 27th 2021 At my the Here IN Home address 2992 at 10:00 pm*
*friend the plaintiff know personal name mr. unoz Adok wright to his*
*Cple i bulls cut off His person A 38. police spec; t hand gun on*
*ne for my condemming A1. ja.1. streets the Bloods crib.7 Dead Ading*
*the street gang members Badley mr. unoz Adok Wright did not*
*Keblaintiff Dead And did them so Physically bull the 38 police gun*
*As my fear for my own safe to had 15 shivers michell yet*
*the the bt plaintiff bersonally va. 911 phone calls over three*
*3 or 4 sebarate times November 27th 2021 At 9:30 p.m 10:00 pm nbg*
*member 2021 Request to SPC. to send me the plaintiff to place Ow*
*after He she send verbally she would a she would not send a*
*no police Reasons she verbally state the plaintiff Have to be Gun*
*shot first Then call police Debartment to come to my Sacramento*
*California Home Address 2992 Altas Avenue Abt#2 However mr. unoz Adot.*
*wright Had Also Driven IN circles on November 27th 2021 IN His 2008*
*Hevey thoe IN front my Home Address with No-front back car Herd*
*ight Also plus Have stolen taken my Home House Key before Home est*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
*new to perferably I could have cause me fatal Injuries by SPD. Non*
*Responce At my Home Address 2992 Altas And the normal with A Gun due*
*felolique call 911 on 11/27/21 -10:11 2021 which interferered my ment*
*L state and no-Responce By police they were acting under corbution est.*

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? *Had Attembted to Resolve with SPD. AND IN*   ☐ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim I? *Done on telbone*   ☐ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

*ternal Affair institution?...*
*Wls Also Date to HighesT Nominikone et A1.*
*N the state*

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities            ☐ Mail            ☐ Access to the court        ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property        ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?                   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?          ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III?      ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?      ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

He Herein Plaintiff Like to sue SPD Sacramento Police Dept For Total State Trouble's or Damnages, Plus I am Suind For ten million and For an amount ten milljon's on top of Paying for any mental Doctor's PhD, bitx's Doctor Bill In the near future and also am Requesting is a dark Injury Trail For all Sacramento Police officers envolved as defendants In this hand Written Complaint With Stay away orders from me the Herein plaintiff E.c.t.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 28th 2021**
DATE

_____
SIGNATURE OF PLAINTIFF

**Plaintiff Acting Pro Se Attorney.**
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Pro Se _____
(Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.