UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. 2:21-cv-02225-KJM-AC PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY POLICE DEPT., et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro se and in forma pauperis. On December 8, 2021, the undersigned rejected plaintiff's complaint and provided 30 days for plaintiff to file an amended complaint. ECF No. 3. The court cautioned plaintiff that failure to file an amended complaint may result in dismissal of this action for failure to prosecute. Id. Plaintiff did not file the anticipated amended complaint.

Good cause appearing, it is ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: January 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE