UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. 2:21-cv-2225 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| SACARMENTO COUNTY POLICE DEPT., J. HON, | |
| Defendants. | |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On February 1, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Plaintiff has filed objections to the findings and recommendations. ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. While plaintiff has not pled a federal case, dismissal here does not necessarily preclude his filing a claim with a local government entity or pursuing claims in state court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2022, are adopted in full;
2. The operative First Amended Complaint (ECF No. 5) is dismissed for failure to state a claim upon which relief can be granted, and this case is closed; and
3. The clerk of court is directed to close this case.

DATED: March 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE